# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146786

RICO MENEFEE,

   Plaintiff,

v                SC: 146786
                 AGC: 0312-99
ATTORNEY GRIEVANCE COMMISSION,

   Defendant.
_____

   On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 18, 2013, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2013

jam                   Clerk